MORGAN, LEWIS & BOCKIUS LLP
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY  10178-0060
(212) 309-6671
(212) 309-6001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>          Plaintiff,<br><br>   - against -<br><br>DEBORAH ABRAMOVSKY, ORLY CALDERON, AVIVA ABRAMOVSKY, ABBA ABRAMOVSKY, DOV ABRAMOVSKY, and ARI ABRAMOVSKY<br>          Defendants. | Case No. 08-CV-2841 |

-------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Ryan J. Cooper, of Morgan, Lewis & Bockius LLP hereby appears as counsel of Plaintiff Prudential Insurance Company of America in the above-captioned action.

All papers in this action shall be served upon the undersigned at the address set forth below:

>Ryan J. Cooper (RC-0477)
>Morgan, Lewis & Bockius LLP
>101 Park Avenue
>New York, NY  10178
>Tel:  (212) 309-6671
>Fax: (212) 309-6001

Dated: New York, New York
March 26, 2008

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Ryan J. Cooper
    Ryan J. Cooper (RC-0477)
    Morgan, Lewis & Bockius LLP
    101 Park Avenue
    New York, NY 10178
    Tel: (212) 309-6671
    Fax: (212) 309-6001