Jules A. Epstein, Esq.
Jules A. Epstein, P.C.
Attorney for Defendant Orly Calderon
600 Old Country Road, Suite 505
Garden City, NY 11530
Tel: 516-745-1325
Fax: 516-222-1499

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
THE PRUDENTIAL INSURANCE COMPANY            Civil Action No: 08-2841
OF AMERICA,                                              (Batts, J.)
             Plaintiff,

   - against -

DEBORAH ABRAMOVSKY, ORLY CALDERON,          **ANSWER, COUNTERCLAIM AND**
AVIVA ABRAMOVSKY, ABBA ABRAMOVSKY,          **CROSS-CLAIM**
DOV ABRAMOVSKY, and ARI ABRAMOVSKY,

            Defendants,
-----------------------------------X
S I R S:

    PLEASE TAKE NOTICE that Defendant Orly Calderon ("Defendant") by her attorneys, Jules A. Epstein, P.C., for her answer to the complaint alleges:

    1.   There are no paragraphs 1-4 set forth in the complaint.

    2.   Deny knowledge or information sufficient to form a belief as to the truth of the matters alleged in paragraphs 5, 6, 8-13, 18, 19, 21, 23-29 of the complaint.

    3.   Admit the allegations set forth in paragraph 7 of the complaint, and aver that Defendant is currently a resident of Nassau County, New York.

    4.   Upon information and belief, admit the allegations set forth in paragraph 14, 15 and 16 of the complaint.

5. Admit the allegations set forth in paragraphs 17, 20 and 22 of the complaint.

## AS AND FOR A FIRST COUNTERCLAIM

6. On or about March 4, 2006, Abraham Abramovsky executed and delivered to Plaintiff a beneficiary designation on the standard form provided by Plaintiff (the "Beneficiary Designation"). A true copy of the Beneficiary Designation is annexed as Exhibit "E" to the complaint.

7. The Beneficiary Designation provides for Defendant to receive twenty (20%) percent of the benefits payable under the Policy upon Abraham Abramovsky's death.

8. Abraham Abramovsky died a resident of the State of New York on July 23, 2007.

9. At the time of Abraham Abramovsky's death, all premiums payable for the Policy were paid, and the Policy was in full force and effect at the time of Abraham Abramovsky's death.

10. Defendant gave Plaintiff notice and proof of Abraham Abramovsky's death.

11. Prior to the commencement of this action, Defendant duly delivered to Plaintiff her demand for payment of twenty (20%) percent of the death benefit proceeds of the Policy in accordance with the Beneficiary Designation form.

12. No part of the twenty (20%) percent death benefits payable to Defendant have been paid to her despite due demand.

13. By virtue of the foregoing, Plaintiff has breached its policy of insurance insuring the life of Abraham Abramovsky.

**AS AND FOR A SECOND COUNTERCLAIM AND CROSS-CLAIM AGAINST CO-DEFENDANTS DEBORAH ABRAMOVSKY, AVIVA ABRAMOVSKY, ABBA ABRAMOVSKY, DOV ABRAMOVSKY AND ARI ABRAMOVSKY**

14. Defendant repeats, reiterates and realleges the allegations set forth above.

15. Defendant's right to twenty (20%) percent of the death claim benefits available under the policy pursuant to Defendant's beneficiary designation is superior to the claim of any co-defendant to the said twenty (20%) percent of the death benefits payable to Defendant pursuant to the beneficiary designation.

WHEREFORE, Defendant Orly Calderon demands judgment (a) dismissing the complaint; (b) on her counterclaim and cross-claim, awarding Defendant Orly Calderon the sum of $35,000 together with interest and the costs and disbursements of the action and (c) granting Defendant Orly Calderon such other and further relief as the Court deems just and proper.

Dated:   Garden City, New York
         April 24, 2008

/s/ Jules A. Epstein
Jules A. Epstein (JE-5177)
Jules A. Epstein, P.C.
Attorney for Defendant Orly Calderon
600 Old Country Road, Suite 505
Garden City, NY 11530
516-745-1325

To:  Jane Andrews, Esq.
     Wilson Elser Moskowitz Edelman & Dicker LLP
     Attorney for Prudential Insurance Company of America, Inc.
     33 Washington Street
     Newark, NJ 07102
     973-624-8000

     Ryan John Cooper, Esq.
     Morgan, Lew & Bockius LLP
     Attorney for Prudential Insurance Company of America, Inc.
     101 Park Avenue, 37th Floor
     New York, NY 10178
     212-309-6671

     Deborah Abramovsky
     318 Scott Avenue
     Syracuse, NY 13224

     Aviva Abramovsky
     411 Crawford Avenue
     Syracuse, NY 13224

     Abba Abramovsky
     423 East 77th Street
     New York, NY 10021

     Dov Abramovsky
     318 Scott Avenue
     Syracuse, NY 13224

     Ari Abramovsky
     318 Scott Avenue
     Syracuse, NY 13224

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

    NANCYJEAN BROMM, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over eighteen (18) years of age and resides in Islip, New York.

    On April 25, 2008 deponent served the within via first class mail, depositing a true copy of the **ANSWER** thereof enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

    Jane Andrews, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Attorney for Prudential Insurance Company of America, Inc.
    33 Washington Street
    Newark, NJ 07102
    973-624-8000

    Ryan John Cooper, Esq.
    Morgan, Lew & Bockius LLP
    Attorney for Prudential Insurance Company of America, Inc.
    101 Park Avenue, 37th Floor
    New York, NY 10178
    212-309-6671

    Deborah Abramovsky
    318 Scott Avenue
    Syracuse, NY 13224

    Aviva Abramovsky
    411 Crawford Avenue
    Syracuse, NY 13224

    Abba Abramovsky
    423 East 77th Street
    New York, NY 10021

    Dov Abramovsky
    318 Scott Avenue
    Syracuse, NY 13224

```
Ari Abramovsky
318 Scott Avenue
Syracuse, NY 13224
```

    /s/ Nancy Jean Bromm
        NANCYJEAN BROMM

Sworn to before me this
25th day of April, 2008

/s/ Jules A. Epstein

Jules A. Epstein
Notary Public, State of New York
No. 4663760
Qualified in Nassau County
Commission Expires July 1, 2010

```
UNITED STATES DISTRICT COURT            Civil Action No: 08-2841
SOUTHERN DISTRICT OF NEW YORK                          (Batts, J.)
```
───────────────────────────────────────────────────────────────────
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,        Plaintiff,

                            - against -

DEBORAH ABRAMOVSKY, ORLY CALDERON, AVIVA ABRAMOVSKY, ABBA ABRAMOVSKY, DOV ABRAMOVSKY, and ARI ABRAMOVSKY,
                                                    Defendants,
───────────────────────────────────────────────────────────────────

## ANSWER

───────────────────────────────────────────────────────────────────

**JULES A. EPSTEIN, P.C.**
**Attorney for Defendant Orly Calderon**
600 Old Country Road, Suite 505
Garden City, NY 11530
(516) 745-1325
(516) 222-1499 (Fax)

───────────────────────────────────────────────────────────────────

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:_____         Signature_____

                                    Print Signer's Name   JULES A. EPSTEIN
───────────────────────────────────────────────────────────────────
Service of a copy of the within                        is hereby admitted

*Dated,*                   .................................................
                                        Attorney(s) for Defendants
───────────────────────────────────────────────────────────────────
SIR:  PLEASE TAKE NOTICE

*NOTICE OF ENTRY*  that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on    2008

*NOTICE OF SETTLEMENT*  that an Order of which the within is a true copy will be presented for settlement to the         one of the judges of the within named Court, at 100 Supreme Court Drive, Mineola, NY on        , at 9:30  A. M.

*Dated:*              Yours, etc.,
                      Jules A. Epstein, P.C.
                      Attorney for Defendant Orly Calderon
                      600 Old Country Road, Suite 505
                      Garden City, NY 11530
                      (516) 745-1325
                      (516) 222-1499 (Fax)