```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ORLY CALDERON,            )
      Plaintiff,    )
                          )     08 Civ. 1721 (LAP)
- v. -                    )
                          )     **ORDER**
THE PRUDENTIAL INSURANCE  )
COMPANY OF AMERICA,       )
      Defendant.    )
------------------------------------------------x
------------------------------------------------x
THE PRUDENTIAL INSURANCE  )
COMPANY OF AMERICA,       )
      Plaintiff,    )
                          )     08 Civ. 2841 (DAB)
- v. -                    )
                          )
DEBORAH ABRAMOVSKY, ORLY  )
CALDERON, AVIVA ABRAMOVSKY,)
ABBA ABRAMOVSKY, DOV      )
ABRAMOVSKY, and ARI       )
ABRAMOVSKY,               )
      Defendants.   )
------------------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

    THIS MATTER coming before the Court upon the letter of Ryan J. Cooper, of Morgan, Lewis & Bockius LLP, attorneys for The Prudential Insurance Company of America; and

    THE COURT NOTING that both of the above-captioned matters involve the same parties, the same property, and the same issues; and

    THE COURT FURTHER NOTING that all parties consent to the consolidation of the above-captioned matters as Calderon v. The Prudential Insurance Company of America, 08-cv-1721;

    IT IS, this 29th day of April 2008, HEREBY

ORDERED that the above-captioned matters are consolidated for all purposes on the docket 08 civ. 1721.

*Loretta A Preska*
LORETTA A. PRESKA, U.S.D.J.