UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
THE PRUDENTIAL INSURANCE COMPANY :    08 CV 2841 (LAP)
OF AMERICA, INC., :
:    **MEMORANDUM**
Plaintiff, :
:
v. :
:
DEBORAH ABRAMOVSKY, et al., :
:
Defendants. :
:
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents The Prudential Insurance Company of America and/or its affiliates, and he has worked on some of those matters.

SO ORDERED:

Dated: New York, New York
       May 1, 2008

                                                                     *Loretta A. Preska*
                                                                LORETTA A. PRESKA, U.S.D.J.

CGRMEMPRU