MORGAN, LEWIS & BOCKIUS LLP
Brian A. Herman (BH-0731)
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
(212) 309-6001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ORLY CALDERON,              )
                            )
        Plaintiff,          )        Case No. 08-CV-1721
                            )
    - against -             )
                            )
THE PRUDENTIAL INSURANCE    )
COMPANY OF AMERICA,         )
                            )
        Defendant.          )
------------------------------------------------------x
------------------------------------------------------x
THE PRUDENTIAL INSURANCE    )
COMPANY OF AMERICA,         )
                            )
        Plaintiff,          )        Case No. 08-CV-2841
                            )
    - against -             )        **ANSWER TO COUNTERCLAIM**
                            )
DEBORAH ABRAMOVSKY, ORLY    )
CALDERON, AVIVA AMBRAMOVSKY,)
ABBA ABRAMOVSKY, DOV        )
ABRAMOVSKY, AND ARI         )
ABRAMOVSKY,                 )
                            )
        Defendants.         )
------------------------------------------------------x

## ANSWER

The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, hereby answers the Counterclaim of Orly Calderon ("Calderon"), [Doc. 08-cv-2841 No. 3], filed in the above-captioned consolidated matters as follows:

1-NY/2313609

## AS TO THE FIRST COUNTERCLAIM

6. Prudential admits it received a copy of the beneficiary designation form attached to the Complaint as Exhibit E. Prudential is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6.

7. The allegations contained in paragraph 7 purports to characterize a written document, the contents of which speak for themselves. Prudential denies the allegations of paragraph 7 to the extent those allegations do not accurately reflect those contents.

8. Admitted that Abraham Abramovsky is deceased. Prudential is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8.

9. Prudential admits that at the time of Abraham Abramovsky's death, all required premiums had been paid on the coverage on his life and such coverage was in full force and effect.

10. Prudential admits that Plaintiff has made a claim to the benefits of the Policy. The allegations contained in paragraph 10 purport to characterize written documents whose contents speak for themselves. Prudential denies the allegations of paragraph 10 to the extent those allegations do not accurately reflect those contents.

11. Prudential admits that Plaintiff has made a claim to the benefits of the Policy prior to commencement of this action. The allegations contained in paragraph 11 purport to characterize written documents whose contents speak for themselves. Prudential denies the allegations of paragraph 11 to the extent those allegations do not accurately reflect those contents.

12. Prudential admits it has not paid Plaintiff any benefits under the Policy. Prudential denies the remaining allegations in paragraph 12.

13. Denied.

## AS TO THE SECOND COUNTERCLAIM

14. Prudential repeats all of its Answers set forth above.

15. Denied.

16. Prudential denies that Plaintiff is entitled to any of the relief in the WHEREFORE clause of the Counterclaim.

17.. Prudential denies each and every other allegation not specifically admitted herein.

    Respectfully submitted,
    MORGAN, LEWIS & BOCKIUS LLP
    Attorneys for *The Prudential Insurance Company of America*

Dated: May 15, 2008

By: /s/ Ryan J. Cooper
MORGAN, LEWIS & BOCKIUS LLP
Brian A. Herman (BH-0731)
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY 10178-0060
(212) 309-6671
(212) 309-6001 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2008, a true and correct copy of Defendants' Answer was served via first class mail, upon the following:

Jules A. Epstein, Esq.  
Jules A. Epstein, P.C.  
600 Old Country Road, Suite 505  
Garden City, New York 11530

Deborah Abramovsky  
318 Scott Avenue  
Syracuse, NY 13224

Aviva Abramovsky  
411 Crawford Avenue  
Syracuse, NY 13224

Ari Abramovsky  
318 Scott Avenue  
Syracuse, NY 13224

Dov Abramovsky  
318 Scott Avenue  
Syracuse, NY 13224

                                                     s/ Ryan J. Cooper  
                                                     Ryan J. Cooper